# UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

21-1261

| | |
|---|---|
| UNITED STATES OF AMERICA | Magistrate Case No. NJ10 9578501 (Class A) |
| v. | |
| AARON N. MATHIS | **COMPLAINT**<br>Offense on a Federal Reservation |

BEFORE the **Honorable Michael A. Hammer,** a United States Magistrate for the Judicial District of New Jersey, specially designated to try and sentence persons committing misdemeanor offenses against the laws of the United States on a Federal reservation, personally appeared this day **Robert M. Preziosi,** Special Assistant U.S. Attorney, who, under oath charges that:

On or about the **13th day of October 2021,** at Picatinny Arsenal, New Jersey, in the Judicial District of New Jersey,

**Aaron N. Mathis** did commit:

Simple possession of marijuana in violation of 21 USC §844.

The name of the Complainant is **Robert M. Preziosi.**

_Robert M. Preziosi_
**ROBERT M. PREZIOSI**
**SPECIAL ASSISTANT U.S. ATTORNEY**

SWORN TO BEFORE ME, AND SUBSCRIBED IN MY PRESENCE, ON THIS 30th DAY OF December, 2021.

**HONORABLE MICHAEL A. HAMMER**
**United States Magistrate Judge**