# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

UNITED STATES OF AMERICA          Magistrate No. 21-1261

v.

AARON MATHIS

The financial ability of the defendant to retain counsel having been established by the Court, and the defendant not having waived the appointment of counsel,

IT IS on this 30th day of December, 2021 ORDERED that the Office of the Federal Public Defender for the District of New Jersey is hereby appointed to represent said defendant in this cause until further Order of the Court.

/s/ Michael A. Hammer
HONORABLE MICHAEL A. HAMMER
UNITED STATES MAGISTRATE JUDGE